IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| END CITIZENS UNITED PAC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>　　　　　Defendant,<br><br>and<br><br>NEW REPUBLICAN PAC,<br><br>　　　　　Defendant-Intervenor. | Case No. 1:21-cv-2128-RJL |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff End Citizens United PAC appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Memorandum Opinion and Order (ECF Nos. 36, 37) entered September 16, 2022, granting Defendant-Intervenor New Republican PAC's Cross-Motion for Summary Judgment and denying Plaintiff End Citizens United PAC's Motion for Default Judgment, or, in the Alternative, for Summary Judgment.

Dated: October 17, 2022

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Kevin P. Hancock*
　　　　　　　　　　　　　　　　　　　　Adav Noti (D.C. Bar No. 490714)
　　　　　　　　　　　　　　　　　　　　Kevin P. Hancock* (D.C. Bar No. 90000011)
　　　　　　　　　　　　　　　　　　　　CAMPAIGN LEGAL CENTER ACTION
　　　　　　　　　　　　　　　　　　　　1101 14th Street NW, Ste. 400
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(202) 736-2200
　　　　　　　　　　　　　　　　　　　　anoti@campaignlegalcenter.org
　　　　　　　　　　　　　　　　　　　　khancock@campaignlegalcenter.org

*Counsel for Plaintiff End Citizens United PAC*

\* *Admitted pro hac vice. Application for admission to the bar of this District pending.*